# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LEON HANSON, | ) 1:07mc00012 DLB |
| | ) |
| Plaintiff, | ) ORDER DIRECTING CLERK OF COURT TO ) CONVERT CASE TO A REGULAR CIVIL ) CASE |
| v. | ) |
| BOB FRAUSTO., | ) |
| Defendant. | ) |

Plaintiff Daryl Leon Hanson ("Plaintiff") filed the instant action on March 28, 2007. The case was assigned case number 07mc00012 DLB. The Clerk of Court is now ORDERED to convert the case to a regular civil case, case number 1:07cv928 AWI SMS.

IT IS SO ORDERED.

**Dated:   July 3, 2007**              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

1